and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 563. HOSTETTER *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. F. Stambaugh* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for the United States.

No. 582. NEAL *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward J. Callahan* and *William J. Hughes, Jr.* for petitioner. *Solicitor General Biddle* and *Messrs. Wendell Berge, Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 602. CHALK, COMMISSIONER, ET AL. *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harry McMullan,* Attorney General of North Carolina, *Lee Overman Gregory,* Assistant Attorney General, *J. Y. Jordan, Jr., J. M. Horner, Jr.,* and *Peyton Randolph Harris* for petitioners. *Solicitor General Biddle* for the United States.

No. 604. UNITED STATES NATIONAL BANK OF SAN DIEGO ET AL. *v.* COUNTY OF SAN DIEGO ET AL. January 13, 1941. Petition for writ of certiorari to the Supreme